JACK W. FIELD v. MAYOR AND COUNCIL OF THE
TOWNSHIP OF FRANKLIN.

October 11, 1983.

Petition for certification denied.

BOROUGH OF ROCKAWAY v. MARGARETE DONOFRIO.

October 11, 1983.

Petition for certification denied.

WILLIAM CAMBURN v. MARLBORO PSYCHIATRIC HOSPITAL.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL ABREW.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD HEINZE.

October 11, 1983.

Petition for certification denied.